NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HERMENTA P. AQUINO,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3092

---

Petition for review of the Merit Systems Protection Board in case no. SF0831100937-I-1.

---

## ON MOTION

---

## ORDER

Hermenta P. Aquino moves for leave to proceed in forma pauperis. The court treats Aquino's submission as a motion for reconsideration of the May 3, 2011 order dismissing this appeal for failure to pay the filing fee, for failure to file the Fed. Cir. R. 15(c) statement concerning discrimination and for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for reconsideration will be granted, the dismissal order will be vacated, and the petition will be reinstated, if Aquino files her brief within 45 days of the date of filing of this order.

FOR THE COURT

MAY 1 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Hermenta P. Aquino (Informal Brief Form Enclosed)
    K. Elizabeth Witwer, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK